**UNITED STATES BANKRUPTCY COURT**
Middle District of Georgia
901 Front Avenue
P.O. Box 2147
Columbus, GA 31902
Telephone number: (706) 649–7837

In re:
   Destiny Thomas                                      Case No. 19–40918 JTL

     Debtor(s)

### Notice of Deficient Filing

    The Federal Rules of Bankruptcy Procedure have been amended requiring schedules, statements, and other documents to be filed in bankruptcy cases. The new Interim Rules of Bankruptcy Procedure Rule 1007(b) as well as Rule 3015(b) lists the items required to be filed. The required documents identified below have not been filed. Failure to file these documents as required by the Federal Rules of Bankruptcy Procedure may result in your case being dismissed. **If you do not want your case dismissed, you must file these documents <u>or</u> request a hearing before the court to show why you should not be required to file these documents. If the documents are not filed or a hearing is not requested within 14 days of the date of this notice, your case may be dismissed by the court without further notice or hearing.**

- ☒ Chapter 13 Plan
- ☐ Pro Se Corporation – Application to Employ (Due within 48 Hours)
- ☐ List of Creditors (Rule 1007) (Due within 48 Hours)
- ☐ Form B121 (Statement of Social Security Number/Tax ID) (Rule 1007(f)) (Due within 48 Hours)
- ☐ Certificate of Credit Counseling
- ☒ Schedules A–J (or the individual schedules listed below:) (Sch I, J and J2 do NOT apply to corporate or business filings)
  - ☐ A/B  ☐ C  ☐ D  ☐ E/F  ☐ G  ☐ H  ☐ I  ☐ J  ☐ J–2
- ☒ Summary of Assets and Liabilities (12/15)
- ☒ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Your Current Monthly Income (B122A–1) (12/15)
- ☐ Chapter 7 Means Test Calculation (B122A–2) (12/15)
- ☐ Chapter 11 Statement of Your Current Monthly Income (B122B) (12/15)
- ☒ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (B122C–1) (12/15)
- ☒ Chapter 13 Calculation of Your Disposable Income (B122C–2) (12/15)
- ☐ Attorney's Disclosure Statement
- ☐ Attorney Signature Part 7
- ☐ Corporate Ownership Statement
- ☐ 20 Largest Unsecured Creditors
- ☐ Attachment to Voluntary Petition for Non–Individuals Filing for Bankruptcy under Ch 11
- ☐ Equity Security Holders Listing
- ☐ Balance Sheet (Ch. 11 Small Business Case Only)
- ☐ Statement of Operations (Ch. 11 Small Business Case Only)
- ☐ Cash Flow Statement (Ch. 11 Small Business Case Only)
- ☐ Income Tax Return (Ch. 11 Small Business Case Only)
- ☐ Employee Income Records (payment advices from the last 60 days) (Does not apply to corporate or business filings)
- ☐ Copy of ID and Two Contact Telephone Numbers required to be filed by Pro Se debtor
- ☐ Chapter 7 Individual Debtor's Statement of Intention (with regard to debts secured by property of the estate or executory contracts/leases) (TO BE FILED WITHIN 30 DAYS FROM THE DATE OF THE FILING OF PETITION)

Date: 10/24/19                                                                 Kyle George, Clerk
By: Destynee Gant , Deputy Clerk